## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

THOMAS D. BEGLEY JR., AS ADMINISTRATOR OF THE ESTATE OF LESLIE SINON POWELL AND GERALD K. MORRISON, AS EXECUTOR OF THE ESTATE OF WILLIAM POWELL,

Respondents

v.

RHOADS & SINON LLP, STANLEY SMITH AND SHERILL MOYER,

Petitioners

: No. 467 MAL 2015
:
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
:
:
:
:
:
:
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 29th day of October, 2015, the Petition for Allowance of Appeal is **DENIED**.